IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CINDY KRAMER,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Commissioner of the Social
Security Administration,

    Defendant.

Case No. 3:15cv00340

District Judge Walter H. Rice
Magistrate Judge Sharon L. Ovington

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on October 24, 2017 (Doc. #18) is ADOPTED in full;

2. Counsel's Motion For Allowance Of Attorney Fees (Doc. #16) is GRANTED, and Plaintiff's counsel is awarded $8,006.25 in attorney fees pursuant to 42 U.S.C. § 406(b);

3. Plaintiff's counsel is directed to remit $2,810.00 to Plaintiff, which is the total amount of attorney fees counsel has received under the Equal Access

to Justice Act, 28 U.S.C. § 2412(d); and

4. The case remains terminated on the Court's docket.

                                                                            Walter H. Rice  
                                                                    United States District Judge